MINUTE ENTRY
MORGAN, J.
August 12, 2024

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,** Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO.  18-7889** c/w 18-8071, 18-8218, 18-9312 |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,** Defendants | **SECTION: "E" (5)** |

*Related Case:*

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO.  19-11133** c/w 19-14512 |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** Defendants | **SECTION: "E"(5)** |

*Applies to: All Cases*

### MINUTE ENTRY

A status conference was held on August 12, 2024, at 8:30 a.m., in the chambers

of Judge Susie Morgan.

Present:   Charles Foster, Sara James, Eric Rowe, Harry Johnson, and
James Jeffcoat, counsel for All *Addison* Plaintiffs;

Jason Landry (via telephone), counsel for All *Ictech-Bendeck*
Plaintiffs;

1

Michael Mims, Megan Brillault, John Paul, Michael Vitris, Katelyn Ciolino, Katrina Krebs, Michael Cash, Cherrell Taplin, and John Perkeycounsel for Defendants, Louisiana Regional Landfill Company (LRLC), Waste Connections Bayou, Inc., and Waste Connections US, Inc.;

John Baay and Nicholas Bergeron, counsel for Defendant, Aptim Corporation; and

Michael Futrell and Matthew Moghis (via telephone), counsel for Defendant, Jefferson Parish.

Counsel for Plaintiffs and Jefferson Parish supplemented the information provided at the August 9, 2024 Hearing to Memorialize Proposed Settlement Agreement[1] to add that payment by Jefferson Parish will be made within 180 days.

Counsel for all parties agreed that a 60-day order should be entered in the *Addison* case.

Counsel for all parties in the *Ictech-Bendeck* case agreed that all discovery related to class certification is complete. All parties agree that the Court may determine the Plaintiffs' Motion to Certify Class[2] on the pleadings and oral argument or, if the Court considers it necessary, evidence will be presented at the class certification hearing. The Court will inform the parties whether or not evidence will be presented at the class certification hearing and when the class certification hearing will be held.

**New Orleans, Louisiana, this 12th day of August, 2024.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:19)

---

[1] R. Doc. 460 (18-7889); R. Doc. 737 (19-11133).
[2] R. Doc. 438 (18-7889).