UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**      Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889**<br>         **c/w 18-8071,**<br>         **18-8218, 18-9312** |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,**      Defendants | **SECTION: "E" (5)** |

*Applies to: All Cases*

## ORDER

Plaintiffs filed their First Motion to Certify Class on August 29, 2023.[1] On May 15, 2024, Plaintiffs filed an Amended Motion to Certify Class.[2]

**IT IS ORDERED** that Plaintiffs' First Motion to Certify Class is **DENIED AS MOOT**.[3]

New Orleans, Louisiana, this 16th day of August, 2024.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　         **SUSIE MORGAN**
　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 368.
[2] R. Doc. 438.
[3] R. Doc. 368.